FILED - USDC -NH
2024 MAY 9 AM 11:42

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Ekoue Dodji Aboussa | ) |
| Image des reves photography | ) |
| | ) |
| | ) |
| *Plaintiff,* | * |
| .v. | * |
| | ) |
| | ) |
| NH STATE POLICE | ) |
| UNITED STATES F.B.I | ) |
| CONCORD POLICE | ) |
| | ) |
| | ) |
| | ) |
| *Defendants* | ) |

**COMPLAINT**

DATED: 5/9/24

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Parties to the Complaint

Plaintiff(s)'s Name, Address and Phone Number

> Ekoue Dodji Aboussa 96 Fisherville rd Apt 27, Concord NH 03303 603-290-0511
>
> Image des rêves photography, 234A N Main st, Concord NH 03301 603-290-0511

Defendant(s)'s Name, Address and Phone Number

1) NH STATE POLICE: 33 HAZEN DR. ROOM 106 CONCORD NH 03301
2) FEDERAL BUREAU OF INVESTIGATION: 53 PLEASANT ST, CONCORD NH 03301
3) CONCORD POLICE: 35 GREEN ST, CONCORD NH 03301

## **COMPLAINT OVERVIEW**

The New Hampshire state police had stopped me in 2014 on the New Hampshire Interstate 93 south and had called the Federal Bureau of Investigation to illegally program Ekoue Dodji Aboussa on the Federal application "F.B.I's controller that goes inside people" for no reasons and began controlling Ekoue Dodji Aboussa; his business and his entire family members in forms of racial discrimination. "Aboussa doesn't break any laws"

**ON MAY 27ᵀᴴ 2024 CONCORD POLICE WRONGFULLY PUT MY SMALL BROTHER NAMED *ANANI MARTIAL ABOUSSA* IN HANDCUFFED; FOR DISCRIMINATIORY PURPOSES AS THE ENTIRE FAMILY ARE BEING PROGRAMED AND CONTROLLED BY THE F.B.I'S RADAR WITHOUT A WARRANT. ANANI MARTIAL ABOUSSA DOES NOT BREAK ANY LAWS, AS THE ENTIRE FAMILY'S MEMBERS ARE EMPLOYED IN THE STATE OF NEW HAMPSHIRE AS WELL AS SELF EMPLOYEMENT AT THE IMAGES DES REVES PHOTOGRAPHY LOCATED ON 234A N MAIN ST, CONCORD NH 03301.**

**IMMIGRATION LAWYER FRANCIS AGYARE HAD FILED A REQUEST FOR FREEDOM OF INFORMATION FROM THE FEDERAL BUREAU OF INVESTIGATION IN 2022 AND HAD NOT YET RECEIVED THE INFORMATION.**

*THE VIOLATION OF THE **ELECTRONIC COMMUNICATION PRIVACY ACT** AS PROGRAMING EKOUE DODJI ABOUSSA AND HIS ENTIRE FAMILY ON THE F.B.I RADAR WITHOUT EVIDENCE OR WARRANT IS AGAINST THE LAW.*

…

**ABOUSSA'S HEARING AT THE STATE COURT IS SCHEDULED FOR MAY 28ᵀᴴ 2024.**

…

**AS ABOUSSA DOES NOT BREAK ANY LAWS; EKOUE DODJI ABOUSSA WAS AS WELL PUT IN HANDCUFFS AND LOCKED AT HIS JOB AT THE NEW HAMPSHIRE HOSPITAL FOR NO REASONS; DUE TO BEING ILLIGALLY PROGRAMED BY THE F.B.I'S RADAR THAT CONTROLLS PEOPLE AND GOES INSIDE PEOPLE AS THE NEW HAMPSHIRE SUPREME COURT RULED RACIAL DISCRIMINATION IN ABOUSSA'S CASE IN 2021.**

THAT THE FEDERAL BUREAU OF INVESTIGATION SHOULD STOP THE DEADLY RADAR THAT GOES INSIDE PEOPLE AND KILL PEOPLE, AS THE F.B.I HAD BEEN ILLIGALLY KILLING MY FAMILY MEMBERS HERE IN THE UNITED STATES AS WELL AS IN AFRICA AND EUROPE.

## THE DEFENDANTS VIOLATED THE PLAINTIFF'S RIGHTS

## IN THE FOLLOWING MANERS.

1) **THE NEW HAMPSHIRE STATE POLICE:** THE NEW HAMPSHIRE STATE POLICE VIOLATED THE PLAINTIFF'S RIGHTS BY ILLIGALLY STOPPING THEM IN THEIR VEHICULES WHILE THEY WERE BREAKING NO LAWS AND PLACING THEM ON THE NEW HAMPSHIRE STATE RADAR AS WELL AS VIOLATING THEIR *ELECTRONIC COMMUNICATION PRIVACY ACT (ECPA) CALLING THE FEDERAL BUREAU OF INVESTIGATION AND PLACING THEM ON THE F.B.I'S RADAR "F.B.I LIST" IN ATTEMPT TO DISCRIMINATE AGAINST THEIR FAMILY WITH THE F.B.I'S APPLICATION RADAR AND ILLIGALLY CONTROL THEM; LOCK THEM UP AND KILL THEM. EKOUE DODJI ABOUSSA AND IMAGES DES REVES PHOTOGRAPHY HAD RECCENTLY REPORTED THE MATTER TO THE NEW HAMPSHIRE STATE POLICE STANDARD TRAINING AND COUNCILLS; AS WELL AS OBTAINING A POLICE REPORT FROM NEW HAMPSHIRE STATE POLICE LUTENANT KOKOSKI, AS WELL AS REPORTING THE HATE CRIME TO THE NEW HAMPSHIRE ATTORNEY GENERAL'S OFFICE, AS WELL AS TO CHANGE4CONCORD.*

2) **FEDERAL BUREAU OF INVESTIGATION:** THE RACIST FEDERAL BUREAU OF INVESTIGATION HAD ILLEGALLY PROGRAMED EKOUE DODJI ABOUSSA ON THE F.B.I'S RADAR SINCE 2018 FOR NO REASONS; EKOUE ABOUSSA AND HIS ENTIRE FAMILY HAS BEEN PROGRAMED AND DISCRIMINATED AGAINST SINCE 2018. EKOUE ABOUSSA HAD FILED SEVERAL LAWSUITS AGAINST THE F.B.I SINCE THEN; LOOKING FOR INFORMATION FROM THE F.B.I **REQUESTED BY IMMIGRATION LAWYER FRANCIS AGYARE.** THE F.B.I HAD ILLEGALLY PROGRAMED AND LOCKED <u>**ANANI MARTIAL ABOUSSA UP RECENTLY ON APRIL 27TH OF 2024 FOR NO REASONS.**</u> IT'S **ELECTRONIC COMMUNICATION PRIVACY ACT VIOLATION;** THAT THE F.B.I IS BREAKING THE LAW BY ILLEGALLY PROGRAMING ABOUSSA AND TRYING TO DETAIN ABOUSSA EVEN THOUGH ABOUSSA DOESN'T BREAK ANY LAWS. ABOUSSA HAD RECENTLY FILED COMPLAINTS TO THE UNITED STATES ASSISTANT ATTORNEY GENERAL'S OFFICE AT THE CIVIL RIGHTS DEPARTMENT, AS WELL AS TO THE NEW HAMPSHIRE ATTORNEY GENERAL'S OFFICE. THE COMPLAINT WAS ALSO FILED TO [WWW.CHANGE4CONCORD](WWW.CHANGE4CONCORD) WHICH ABOUSSA IS A MEMBER OF. **THE RACIST CAUCASIAN FEDERAL BUREAU OF INVESTIGATION AGENTS HAD WRONGFULLY PROGRAMED ABOUSSA ON THE F.B.I'S RADAR AND CONTROLLING AND KILLING ABOUSSA'S FAMILY MEMBERS FOR NO REASONS.**

3) THE CONCORD CITY POLICE HAD VIOLATED ABOUSSA'S WRIGHTS BY LOCKING HIM UP ON APRIL 27TH OF 2024 AT 33 JENNINGS DRIVE, CONCORD NH 03301 WHERE THREE OF HIS FAMILY MEMBERS RESIDES. THAT THE CONCORD CITY POLICE HAD VIOLATED THE ELECTRONIC COMMUNICATION PRIVACY ACT; **EVEN THOUGH ABOUSSA TOLD**

CONCORD POLICE THAT HE WAS WRONGFULLY PROGRAMED BY RACIST F.B.I AND PUT ON F.B.I'S LIST SO THAT THE RACIST LAW ENFORCEMENT OFFICERS CAN CONTROL HIM AND HIS FAMILY; KILL THEM AND LOCK THEM UP. THE CONCORD POLICE CHIEF WAS FOWARDED A LETTER TO STOP PROVIDING POLICE SERVICES TO ABOUSSA AND HIS FAMILY MEMBERS IN THE CONCORD CITY AREA; AS THEY HAVE CONTINUOUSLY VIOLATED ABOUSSA'S WRIGHTS. ABOUSSA WHO IS A MEMBER OF [WWW.CHANGE4CONCORD](WWW.CHANGE4CONCORD) ORGANIZATION; AND WHO IS WORKING WITH THE CONCORD CITY MAYOR ON CITY POLICING ISSUES. HAD COMPLAINED TO MAYOR BYRON CHAPLAIN REQUESTING TO HAVE CONCORD POLICE STOP POLICE SERVICES TO HIS ENTIRE FAMILY AS THEY WERE NOT POLICE BUT *"RACIST GANG STALKING CRIMINALS"*.

## RELIEF REQUESTED

*IN THE LIGHT MOST FAVORABLE TO THE PLEADING PARTY, THE COURT LOOKS AT THE PLAINTIFF'S COMPLAINT IN THE MOST FAVORABLE MANER. THAT THIS HONORABLE COURT SHOULD GIVE THE PLAINTIFF'S A HEARING FOR THIS MATTER; AS JUST; FAIR AND EQUITABLE.*

**MEMORANDUM OF LAW**
**IN SUPPORTS WITH THE PLAINTIFFS' COMPLAINT**

Aboussa was wrongfully harassed and put in handcuffs by racist Concord Police officer on April 27th, 2024. **THE ELECTRONIC COMMUNICATION PRIVACY ACT VIOLATION.** THAT THE PLAINTIFFS WERE BEING ILLEGALLY PROGRAMED BY THE RACIST FEDERAL BUREAU OF INVESTIGATION AGENTS BY THE TIME THE PLAINTIFFS WERE LOCKED. ABOUSSA DOES NOT BREAK ANY LAWS. AND HAD FILED MULTIPLE COMPLAINTS TO THE CONCORD POLICE CHIEF REGARDING THE RACIST F.B.I AGENTS WHO HAD WRONGFULLY PROGRAMED ABOUSSA ON THE F.B.I'S RADAR AND CONTROLLING AND AS WELL AS DISCRIMINATING RACIALLY AGAINST THE ENTIRE FAMILY, EVEN THOUGH THEY ARE EMPLOYED AS WELL AS SELF EMPLOYEMENT IN NEW HAMPSHIRE AT IMAGES DES REVES PHOTOGRAPHY LOCATED ON 234A N MAIN ST, CONCORD NH 03301. ABOUSSA HAD BEEN A MEMBER OF [WWW.CHANGE4CONCORD](WWW.CHANGE4CONCORD) ORGANIZATION AND IS CURRENTLY WORKING WITH CONCORD CITY MAYOR BYRON CHAPLAIN AS WELL AS REQUESTING FROM HIM THAT HIS FAMILY SHOULD STOP RECEIVING POLICE SERVICES FROM CONCORD POLICE DUE TO RACIAL DISCRIMINATION. WITH CONCORD POLICE OFFICERS VIOLATING THE PLAINTIFFS' RIGHTS; AS THEY ARE NOT POLICE OFFICERS "BUT RACIST GANGSTALKING CRIMINALS WHO ARE PROGRAMED BY THE F.B.I TO HARASS ABOUSSA" TO THE **ELECTRONIC COMMUNICATION PRIVACY ACT VIOLATION. ABOUSSA MUST FILE A COMPLAINT FOR HEARING AT THE FEDERAL COURT IN THE DISTRICT OF NEW HAMPSHIRE.**
**ABOUSSA HAD ALSO OBTAINED A POLICE REPORT FROM THE NEW HAMPSHIRE POLICE LIEUTENANT KOKOSKI REGARDING,** THE NEW HAMPSHIRE STATE POLICE OFFICER WRONGFULLY STOPPING HIM AND CALLING THE F.B.I TO WRONGFULLY PROGRAM ABOUSSA ON THE STATE AND THE F.B.I RADAR. IN ORDER TO DISCRIMINATE, PROGRAM AND KILL ABOUSSA'S FAMILY MEMBERS; TO WRONGFULLY LOCKED THEM UP AS THE ARE "RACIST CAUCASIAN GANGSTALKING CRIMINALS WHO VIOLATES; ABOUSSA'S ELECTRONIC COMMUNICATION PRIVACY ACT WRIGHTS". **ABOUSSA MUST FILE A COMPLAINT IN FEDERAL COURT FOR HATE CRIME AND RACIAL DISCRIMINATION.**

**KEYSTONE MANAGEMENT**

**THE PLAINTIFFS ARE STILL RENTING FROM KEYSTONE MANAGEMENT; AND ARE STILL MAKING PAYEMENTS ON TIME. NONE OF ABOUSSA'S FAMILY THAT RESIDES OR VISITS THE COMPLEX IS A CRIMINAL; NOR DID THEY HAVE ANY CRIMINAL CONVICTIONS OF ANY CRIMES. THE PLAINTIFFS' BUSINESS IS STILL SUBLEASING FROM MATTY'S AFRICAN MARKET; NOR DO THE CUSTOMERS OR EMPLOYEES OF IMAGES DES REVES PHOTOGRAPHY BREAKS ANY LAWS.** "THE GANGSTALKING CRIMINALS NEED TO STOP HARASSING ABOUSSA AND HIS FAMILY; AS WELL AS HIS CUSTOMERS".

## JURY DEMAND

**PLANTIFFS REQUEST A JURY TRIAL** (*if you want a jury of your peers to decide your case*)

Date: 05/9/24

Signature: Ekoue Dodji Aboussa

Signature : Images Des Rêves

**CERTIFICATE OF SERVICE**

DATE: 05/9/24

SIGNATURE: EKOUE DODJI ABOUSSA

SIGNATURE: IMAGES DES REVES LLC

A copy of this file to the clerk's office; as well to the defendants.