UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ekoue Dodji Aboussa, et al

    v.

NH State Police, et al

Case No. 24-cv-00129-LM-TSM

ORDER

After due consideration of the objection filed (doc. no. 20) and construing the plaintiff's motion to withdraw (doc. no. 21) and its addendum (doc. no. 22) as further objections, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 15, 2024. For the reasons explained therein, the motions to dismiss filed by CPD and NHSP (Doc. Nos. 11 and 13) are granted, and any claims against the FBI are dismissed, sua sponte, for lack of subject matter jurisdiction.

The clerk of court is directed to enter judgment and close this case.

_____
Landya B. McCafferty
Chief Judge

Date: August 14, 2024

cc:   Ekoue Dodji Aboussa, pro se
      Counsel of Record